

**FILED**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAY 1 4 2007

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

GALAXY INVESTMENT HOLDING CORP.
DANIEL ZOLA, CEO

v.

COMMERCE BANK.

: CIVIL ACTION
:
:
: NO. 07-1947

## MOTION TO PROCEED IN FORMA PAUPERIS

I WOULD LIKE FOR THE Judge to Read my Complaint ~~and~~ Regarding My Company against Commerce Bank and Make or Provide Justice obaut it because The Bank lied to myself and my Company, the ALL Situation Jeopardize my company Reputation and myself.

_____
Signature

507 Sumneytown Pike
Harleysville, PA 19438
Address

DANIEL ZOLA
Print your name

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

DANIEL ZOLA
Full name of Plaintiff

v.

COMMERCE BANK, NA
Defendant(s)

**FILED**
MAY 1 4 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civil Action

I, DANIEL ZOLA, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?   Yes ☑   No ☐
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. I make $10,000.00
   GALAXY INVESTMENT HOLDING CORP.
   ~~578~~ 507 Sumneytown PIKE, HARLEYSVILLE PA 18969
   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. _____

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?   Yes ☐   No ☑
   b.) Rent payments, interest, or dividends?   Yes ☐   No ☑
   c.) Pensions, annuities, or life insurance payments?   Yes ☐   No ☑
   d.) Gifts or inheritances?   Yes ☐   No ☑
   e.) Any other sources?   Yes ☐   No ☑
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. _____

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☑   No ☐
   If the answer is "yes", state the total value of the items owned. $30,000,000

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☑   No ☐
   If the answer is "yes", describe the property and state is approximate value. I HAVE about 2 property in FORT Lauderdale, FL

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. COMMERCE BANK, NA used to Be my FINANCIAL institution FOR my Company

**I declare under the penalty of perjury that the foregoing is true and correct.**

EXECUTED ON 05/14/07
(Date)

_____
(Plaintiff's Signature)